UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| TAMBRA HOLT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:18-cv-34 |
| ) | Judge Phillips |
| ALPHA AND OMEGA SERVICES, INC. and ) | |
| FRANK KELLER, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreement and Dismissal [Doc. 12]. The Court will conduct a telephonic hearing on the motion and proposed settlement agreement on <u>Monday, October 22, 2018, at 11:00 a.m. EST.</u> The Court will initiate the call at the scheduled time. If counsel wish to be contacted at a number other than that listed in ECF, counsel should so advise the courtroom deputy, Jason Huffaker, at (865) 329-4783 no later than one hour prior to the hearing.

IT IS SO ORDERED.

                                                    s/ Thomas W. Phillips
                                        SENIOR UNITED STATES DISTRICT JUDGE