UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

TAMBRA HOLT, *et al.*,  )
 )
    Plaintiffs,  )
 )
v.  )  No. 4:18-cv-34
 )  Judge Phillips
ALPHA AND OMEGA SERVICES, INC. and  )
FRANK KELLER,  )
 )
    Defendants.  )

## MEMORANDUM AND ORDER

The Court conducted a telephonic hearing on October 22, 2018, to address the parties' Joint Motion for Approval of Settlement Agreement and Dismissal [Doc. 12]. Attorney A. Ryan Simmons was present representing the plaintiffs, and attorneys William A. Blue, Jr. and Stephanie A. Chavez were present representing the defendants.

As set forth in the pending motion and supporting memorandum [Docs. 12, 14], the parties have reached a proposed settlement in this collective Fair Labor Standards Act ("FLSA") case. The proposed settlement [Doc. 12-2], which has been submitted to and carefully reviewed by the Court, compensates the plaintiffs for all claimed overtime, liquidated damages, and attorney's fees. Both parties contend that the proposed settlement compensates the plaintiffs for all unpaid overtime to which they could have been entitled and also provides an equal amount for liquidated damages. The settlement also includes an amount for plaintiffs' attorney fees. Both parties assert that the settlement is fair and reasonable and they ask that it be approved.

The Court concludes that the proposed settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352—53 (11th Cir. 1982). The Court finds that both parties have been represented by able counsel and they have engaged in discovery and an arms' length negotiation to resolve this dispute. The Court has also considered the risk of fraud or collusion, the complexity, expense, and likely duration of the litigation, the amount of discovery completed, the likelihood of success on the merits, and the public interest in settlement. *See Estes v. Vanderpool Constr. & Roofing, Inc.*, No. 2:17-cv-58, 2018 WL 3910999, at *2 (E.D. Tenn. July 30, 2018) (quoting *Edwards v. City of Mansfield*, No. 1:15-CV-959, 2016 WL 2853619, at *3 (N.D. Ohio May 16, 2016)). In light of the fact that the plaintiffs are receiving all the compensation to which they could be entitled as well as liquidated damages and a reasonable amount for attorney's fees, the Court agrees that this is a fair resolution of the instant case that promotes judicial economy and the public interest.

Accordingly, for all of these reasons, the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice [Doc. 12] is **GRANTED**. All claims are **DISMISSED with prejudice**. The Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

    s/ Thomas W. Phillips
    SENIOR UNITED STATES DISTRICT JUDGE